(No. 6365—)

AMERICAN INSTITUTE OF ENGINEERING AND TECHNOLOGY, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed March 24, 1972.*

AMERICAN INSTITUTE OF ENGINEERING AND TECHNOLOGY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.